**Order entered September 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00537-CV

**JOSEPH ASHMORE, JR., ALLAN CLARK AND FINANCIAL RISK SPECIALISTS, INC., Appellants**

**V.**

**JMS CONSTRUCTION, INC. AND DAVID PERLEY, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-13260**

## ORDER

Although we extended the deadline for filing the reporter's record to September 7, 2015, court reporter Stephanie Moses has still not filed the record. Accordingly, we **ORDER** Ms. Moses to file the record no later than September 28, 2015. Ms. Moses is cautioned that no further extensions will be granted absent exigent circumstances.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Moses and all parties.

/s/     CRAIG STODDART
JUSTICE